UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALAN GROCHOWSKI SR., VIRGINIA
JOHNSON, AND WILLIAM SKALESKI,

Individually And On Behalf Of Others Similarly

Situated,                                              CASE NO.: 2:24-cv-14162-SMM

     Plaintiff,                                    Magistrate Judge: Shaniek Mills Maynard

v.

QUOTEWIZARD.COM, LLC,

     Defendant.

_____/

## **NOTICE OF SETTLEMENT**

     TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD: NOTICE IS HEREBY GIVEN that the dispute between the sole remaining plaintiff, Alan Grochowski ( "Plaintiff"), and Defendant QuoteWizard.com, LLC, ("Defendant") (together, the "Parties") has been resolved with a settlement in principle. The Parties anticipate filing a dismissal of Plaintiff's claims against Defendant or a status report within sixty (60) days. Plaintiff also requests that any pending dates and deadlines in this case to be vacated and that the Court set a deadline on or before August 25, 2025, for the Parties to dismiss Plaintiff's claims against Defendant.

///

///

1

Dated: June 24, 2025

Respectfully Submitted,

BY: /s/ Ryan. L. McBride
RYAN L. MCBRIDE, ESQ.
LEAD COUNSEL FOR PLAINTIFF
Florida State Bar No. 1010101
**KAZEROUNI LAW GROUP, APC**
2221Camino Del Rio. S., #101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2025, I caused the foregoing to be served via email to all counsel for record.

/s/ Ryan L. McBride

RYAN L. MCBRIDE, ESQ.

2