**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**

**CASE NO. 24-14162-CIV-MAYNARD**

**ALAN GROCHOWSKI, SR.**, *et al.*,

    Plaintiffs,

v.

**QUOTEWIZARD.COM, LLC,**

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** is before me upon a Joint Stipulation of Dismissal ("Stipulation"), according to which the parties agree to the dismissal of Plaintiff Alan Grochowski Sr.'s claims with prejudice and to the dismissal of the putative class's claims against Defendant without prejudice, with each party to bear their own fees and costs. DE 36. The Stipulation is signed by counsel for the parties in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Being fully advised, the Court **ORDERS AND ADJUDGES** that this case is dismissed in accordance with the parties' Stipulation. This case shall remain **CLOSED**.

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of August, 2025.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE